127 F.3d 1096
 Thomas Streams, Candace Streams
v.
John Tamewitz, member of Pennsylvania State Police, Paul
Destafano, as member of Pennsylvania State Police, Robert
Weaver, as member of Pennsylvania State Police, Leonard
Hutchinson, as member of Pennsylvania State Police, Leonard
McChesney, as member of Pennsylvania State Police, Frank
Monaco, as member of Pennsylvania State Police, Martin
Knezovich, as member of Pennsylvania State Police
 NO. 97-3081
 United States Court of Appeals,
Third Circuit.
 Aug 26, 1997
 
 Appeal From: W.D.Pa. ,No.96cv00774 ,
 Ziegler, J.
 
 
 1
 Affirmed.